1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6963
   E-mail: bruce.smith@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED

08 JUN -3 AM 11: 04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ CP ____ DEPUTY

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )   Civil No. 08 CV 0982 JAH LSP
                                 )
11              Plaintiff,       )   COMPLAINT FOR
                                 )   FORFEITURE
12       v.                      )
                                 )
13  ONE 2004 NISSAN ALTIMA SEDAN,)
    CALIFORNIA LICENSE           )
14  NO. 6CQS554,                 )
    VIN 1N4AL11D54C135990,       )
15  ITS TOOLS AND APPURTENANCES, )
                                 )
16  ONE 1998 CHRYSLER SEBRING    )
    COUPE, CALIFORNIA LICENSE    )
17  NO. 5DDK880,                 )
    VIN 3C3EL45H1WT316087,       )
18  ITS TOOLS AND APPURTENANCES, )
                                 )
19              Defendants.      )
    _____)

20

21       By way of complaint against the defendants,

22       ONE 2004 NISSAN ALTIMA SEDAN, CALIFORNIA LICENSE NO.
         6CQS554, VIN 1N4AL11D54C135990, ITS TOOLS AND
23       APPURTENANCES, and

24       ONE 1998 CHRYSLER SEBRING COUPE, CALIFORNIA LICENSE NO.
         5DDK880, VIN 3C3EL45H1WT316087, ITS TOOLS AND
25       APPURTENANCES,

26    the United States of America alleges:

27  //

28  //

1     1.    This Court has jurisdiction over this action by virtue

2  of the provisions of Title 28, United States Code, Section 1355,

3  because the acts and omissions giving rise to the instant

4  forfeiture occurred in this district.

5     2.    Venue is proper in this district pursuant to Title 28,

6  United States code, Section 1395 because the defendants were found

7  in this district.

8     3.    On February 18, 2008, Rocio Selene Rosales (hereinafter

9  referred to as "Rosales") entered the United States from Mexico at

10  the Port of Entry, San Ysidro, California, as the driver of the

11  defendant 2004 Nissan Altima sedan, VIN 1N4AL11D54C135990, bearing

12  California license plate number 6CQS554 (hereinafter referred to

13  as "2004 Nissan Altima sedan" or "defendant Nissan sedan").

14  According to the official records of the California Department of

15  Motor Vehicles (hereinafter referred to as "DMV"), Marcial

16  Reymundo Madrigal of Swan Street, San Diego, California, was the

17  registered owner of the defendant Nissan sedan.  Rosales was

18  accompanied by a sole visible passenger, Daisy Veronica Fierros-

19  Gonzalez (hereinafter referred to as "Fierros-Gonzalez").

20     a.    Rosales and Fierros-Gonzalez were greeted by

21  United States Customs and Border Protection (hereinafter referred

22  to as "CBP") Officer Munoz at the vehicle primary inspection

23  station.  Both occupants presented identification documents and

24  declared themselves to be United States citizens.  Both insisted

25  they were bringing nothing from Mexico into the United States.

26     b.    Officer Munoz referred the defendant Nissan vehicle

27  and its two visible occupants into the vehicle secondary lot for

28  a more thorough inspection.

2

c.    In the secondary lot, CBP Officer Hilton observed what he suspected to be an individual sitting on the floor just forward of the front passenger seat.  The head and upper torso of the concealed passenger were hidden under the dashboard.  The lower torso and legs of the rider were covered by a piece of black cloth.  CBP Enforcement Officer Velazquez removed the black fabric, revealing an Hispanic adult female.  The concealed traveler was removed from the defendant vehicle and escorted to the security office.  The hidden passenger was later identified as a citizen of Mexico with no immigration documents or legal authority permitting her to enter or remain in the United States.

d.    CBP enforcement officers examined the defendant Nissan sedan.  The area underneath and behind the dashboard on the passenger side had been altered.  A host of manufacturer-installed components behind the dashboard had been removed or re-routed to create a cavity to accommodate the head and upper torso of a concealed rider.

e.    The concealed Hispanic female passenger was interviewed and was identified as Maria Ramirez-Chavez (hereinafter referred to as "Ramirez-Chavez").  She declared she was a citizen of Mexico, without documentation or legal authorization to enter or remain in the United States.

f.    CBP Enforcement officers interviewed Rosales and Fierros-Gonzalez.  Both admitted they acted in concert for the purpose of illegally smuggling the hidden female passenger into the United States from Mexico.

4.    On April 10, 2008, Marcial Reymundo Madrigal (hereinafter referred to as "Madrigal") entered the United States

3

from Mexico at the Port of Entry, San Ysidro, California as the driver of the defendant 1998 Chrysler Sebring coupe, VIN 3C3EL45H1WT316087, bearing California license plate number 5DDK880 (hereinafter referred to as "1998 Chrysler Sebring coupe" or "defendant Chrysler coupe"). According to the official records of the DMV, Madrigal was the registered owner of the defendant Chrysler coupe. Madrigal was accompanied by a sole visible passenger, Xavier Loren Rios (hereinafter referred to as "Rios").

a. Madrigal and Rios were greeted by CBP Officer Brown as they waited in line just south of the vehicle primary inspection station. Both occupants presented identification documents and declared themselves to be United States citizens. Both insisted they were bringing nothing from Mexico into the United States.

b. Officer Brown observed what he suspected to be an individual sitting on the floor just forward of the front passenger seat. The head and upper torso of the concealed passenger were hidden under the dashboard. The lower torso of the rider was covered by a piece of black cloth. His legs were extended underneath the front passenger seat.

c. Madrigal and Rios were removed from the defendant Chrysler coupe and escorted to the security office. CBP Officer Carraway drove the defendant Chrysler coupe and the concealed passenger to the nearby vehicle secondary lot for a more thorough inspection. There, the hidden rider, a Hispanic adult male, was removed from the defendant vehicle and escorted to the security office. The concealed passenger was later identified as a citizen

//

1  of Mexico with no immigration documents or legal authority

2  permitting him to enter or remain in the United States.

3          d.   CBP enforcement officers examined the defendant

4  Chrysler coupe.  The area underneath and behind the dashboard on

5  the passenger side had been altered.  A host of manufacturer-

6  installed components behind the dashboard had been removed or re-

7  routed to create a cavity to accommodate the head and upper torso

8  of a concealed rider.  The front passenger seat was also modified.

9  Wooden blocks were installed underneath the front of the passenger

10  seat, thereby elevating the cushion above the floorboard.  The

11  increased space under the front passenger seat provided a cavity

12  for the hidden rider to extend his legs.

13          e.   The concealed Hispanic male passenger was

14  interviewed, and was identified as Sergio Lupercio-Aceves

15  (hereinafter referred to as "Lupercio-Aceves").  He declared he

16  was a citizen of Mexico, without documentation or legal

17  authorization to enter or remain in the United States.

18          f.   CBP Enforcement officers interviewed Madrigal and

19  Rios.  Both admitted they acted in concert for the purpose of

20  illegally smuggling the hidden female passenger into the

21  United States from Mexico.

22                         **COUNT ONE**

23              **(DEFENDANT 1 - 2004 NISSAN SEDAN)**

24      5.   The allegations contained in paragraphs 1 through 4

25  above are hereby incorporated as re-alleged as a part hereof.

26      6.   Defendant 1, the 2004 Nissan Altima sedan, was a

27  conveyance that had been used or was being used in the commission

28  of a violation of Title 8, United States Code, Section 1324(a),

bringing undocumented aliens into the United States without presentation.

7.    As a result of the foregoing, Defendant 1, the 2004 Nissan Altima sedan, is liable to condemnation and to forfeiture to the United States in accordance with Title 8, United States Code, Section 1324(b).

8.    Defendant 1, the 2004 Nissan Altima sedan, is presently stored within the jurisdiction of this Court.

**COUNT TWO**

**(DEFENDANT 2 - 1998 CHRYSLER COUPE)**

9.    The allegations contained in paragraphs 1 through 4 above are hereby incorporated as re-alleged as a part hereof.

10.  Defendant 2, the 1998 Chrysler Sebring coupe, was a conveyance that had been used or was being used in the commission of a violation of Title 8, United States Code, Section 1324(a), bringing undocumented aliens into the United States without presentation.

11.  As a result of the foregoing, Defendant 2, the 1998 Chrysler Sebring coupe, is liable to condemnation and to forfeiture to the United States in accordance with Title 8, United States Code, Section 1324(b).

12.  Defendant 1, the 1998 Chrysler Sebring coupe, is presently stored within the jurisdiction of this Court.

//

//

//

1    WHEREFORE, the United States prays that due process issue to

2    enforce the forfeiture of the defendants, and that due notice be

3    given to all interested parties to appear and show cause why said

4    forfeiture should not be declared.

5

6    DATED: June 3, 2008

7              KAREN P. HEWITT
8              United States Attorney

9

10             BRUCE C. SMITH
              Assistant U.S. Attorney

**VERIFICATION**

I, Heriberto Huizar, state and declare as follows:

1.    I am a Customs and Border Protection Enforcement Officer and am chiefly responsible for the investigation which is the basis for this litigation.

2.    I have read the foregoing complaint and know its contents.

3.    The information in the complaint was discovered during my investigation or was furnished by official Government sources. Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on  MAY 8  , 2008

HERIBERTO HUIZAR
CBP ENFORCEMENT OFFICER

%JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

AUSA Bruce C. Smith, Tel. (619) 557-6963, 880 Front Street, Room 6293, San Diego, CA 92101-8893

**DEFENDANTS**

One 2004 Nissan Altima Sedan, et al.

FILED
08 JUN -3  AM 11: 04

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY) U.S. DISTRICT COURT
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE CALIFORNIA
LAND INVOLVED.

Attorneys (If Known)

BY: _____ CP   DEPUTY

'08 CV 0982 JAH LSP

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| | |
|---|---|
| ☒ 1  U.S. Government Plaintiff | ☐ 3  Federal Question (U.S. Government Not a Party) |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

| | | | | | | Appeal to District Judge from Magistrate Judgment |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 8, United States Code, Section 1324(b)
Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
06/03/2008

SIGNATURE OF ATTORNEY OF RECORD

AUSA BRUCE C. SMITH

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CR