```
 1  KAREN P. HEWITT
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6963
    E-mail: bruce.smith@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

FILED

08 JUN -3 AM 11:05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:    cp         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2004 NISSAN ALTIMA SEDAN,<br>CALIFORNIA LICENSE<br>NO. 6CQS554,<br>VIN 1N4AL11D54C135990,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 1998 CHRYSLER SEBRING<br>COUPE, CALIFORNIA LICENSE<br>NO. 5DDK880,<br>VIN 3C3EL45H1WT316087,<br>ITS TOOLS AND APPURTENANCES,<br><br>Defendants. | Civil No. 08CV 0982 JAH LSP<br><br>EX PARTE MOTION TO APPOINT<br>CUSTOMS AND BORDER PROTECTION<br>AS CUSTODIAN |

COMES NOW the Plaintiff, United States of America, and moves this Court for an order appointing the Bureau of Customs and Border Protection (CBP), United States Department of Homeland Security, as custodian of the above-described defendant properties upon execution of the warrant of arrest *in rem*. In support of this motion, the plaintiff states as follows:

//

//

1. The CBP has been staffed with personnel experienced in providing for the management of properties such as the defendants in this case.

2. The CBP has consented to assume responsibility for the protection and safety of the defendants during the period the same remain in *custodia legis*.

3. The continued custody by the CBP following execution of the warrant of arrest *in rem* is necessary and in the best interests of the United States in this case given the nature of the defendants and the expertise within the CBP to provide for the management, protection and preservation of the defendants.

4. It is further requested that all reasonable expenditures incurred by the CBP be a first charge against the defendants.

WHEREFORE, the United States respectfully requests that this motion to appoint CBP as custodian of the defendant properties be granted.

DATED: June 3, 2008

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney