FILED
JUN 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE 2004 NISSAN ALTIMA SEDAN,<br>CALIFORNIA LICENSE<br>NO. 6CQS554,<br>VIN 1N4AL11D54C135990,<br>ITS TOOLS AND APPURTENANCES,<br><br>ONE 1998 CHRYSLER SEBRING<br>COUPE, CALIFORNIA LICENSE<br>NO. 5DDK880,<br>VIN 3C3EL45H1WT316087,<br>ITS TOOLS AND APPURTENANCES,<br><br>    Defendants. | Civil No. 08 CV 0982 JAH LSP<br><br>ORDER APPOINTING CUSTOMS<br>AND BORDER PROTECTION<br>AS CUSTODIAN |

    Upon a motion by plaintiff, United States of America, and it appearing that the Bureau of Customs and Border Protection (CBP), United States Department of Homeland Security, has consented to assume responsibility for the custody and maintenance of the above-named defendant properties during the time they remain in the custody of this Court under its process herein,

//

//

IT IS HEREBY ORDERED that upon the arrest of the defendants, the CBP shall be custodian of the defendants on behalf of this Court until further order.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by CBP be a first charge against the defendants.

DATED: 6-4-08

UNITED STATES DISTRICT JUDGE